UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KING E. GREEN,

        Plaintiff,                              Case No. 2:04-cv-216

v.                                                 Hon. Richard Alan Enslen

LINDA METRISH, et al.,

        Defendants.
                                       /

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 4, 2006, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendant Metrish's Motion to Dismiss on the Grounds That the Issues Are Moot (Dkt. No. 57) is **DENIED** for the reason(s) stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                              /s/Richard Alan Enslen
March 1, 2006                                       Richard Alan Enslen
                                                      Senior United States District Judge